[No. 11622–3–I.   Division One.   September 26, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN
PERCIADO BERNAL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–01282–1, James D. McCutcheon, Jr., J.,
entered April 16, 1982. *Affirmed* by unpublished opinion
per Scholfield, J., concurred in by Williams and Ringold,
JJ.

[No. 11874–9–I.   Division One.   September 26, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS
LEE WEINRICH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–02787–0, David C. Hunter and Herbert
M. Stephens, JJ., entered June 14, 1982. *Reversed* by
unpublished opinion per Scholfield, J., concurred in by
Durham, A.C.J., and Williams, J.

[No. 5953–7–III.   Division Three.   September 27, 1983.]

*In the Matter of the Personal Restraint of*
CHARLES E. BROWN, *Petitioner.*

Petition for relief from personal restraint. *Granted in
part* and *dismissed in part* by unpublished per curiam
opinion.

[No. 6084–1–II.   Division Two.   October 4, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GWENDOLYN
J. ROLLINS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 58718, James P. Healy, J., entered December
17, 1981. *Affirmed* by unpublished opinion per Worswick,
A.C.J., concurred in by Petrie and Reed, JJ.